No. 09–10741.  LEWIS v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 09–10742.  JOHNSON v. LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 09–10744.  LANGLEY v. CAREY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 09–10751.  SANCHEZ v. EVANS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 09–10753.  BARNES v. ROYAL HEALTH CARE LLC.  C. A. 2d Cir.  Certiorari denied.

No. 09–10758.  FIELDS v. OHIO.  Ct. App. Ohio, Brown County.  Certiorari denied.

No. 09–10762.  DAVIS v. KANAWHA COUNTY BOARD OF EDUCATION.  C. A. 4th Cir.  Certiorari denied.

No. 09–10763.  EVANS v. ELDRIDGE ET AL.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 09–10764.  DAVIS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–10765.  DICK v. EASTERLING, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 09–10771.  MESSERSMITH v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY.  C. A. 3d Cir.  Certiorari denied.

No. 09–10774.  HALL v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–10778.  STUDLI v. CRIMONE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 09–10780.  SAYYED v. TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.